**Mary Kett, Appellee, v. Retirement Board of Firemen's Annuity and Benefit Fund of Chicago, Appellant.**

**Gen. No. 46,672.    (Abstract of Decision.)**

First District, Second Division.

December 6, 1955.

Released for publication March 6, 1956.

John J. Mortimer, Corporation Counsel of the City of Chicago, and George F. Mulligan, Assistant Corporation Counsel, for appellant; no appearance for appellee. Opinion by JUDGE ROBSON. Not to be published in full.